UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES ANTHONY WILLIAMS,

          Plaintiff,

     v.

CARL COGBURN, et al.,

          Defendants.

CASE NO. 3:17-cv-06077-BHS-JRC

REPORT AND RECOMMENDATION

NOTED FOR: JUNE 1, 2018

This 42 U.S.C. § 1983 civil rights matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4.

On March 21, 2018, the Court screened plaintiff James Anthony Williams's complaint and found it deficient. Dkt. 10. The Court ordered plaintiff to correct the deficiencies by April 20, 2018. *Id*. The Court warned that failure to either file an amended complaint or otherwise address the deficiencies identified in the order would result in the Court recommending that plaintiff's action be dismissed. *Id*. at 4. It has now been over two weeks since plaintiff's response was due, and plaintiff has not filed an amended complaint or any other document. *See* Dkt.

1     Therefore, because plaintiff has failed to obey the Court's order and prosecute his case,
2 the Court recommends this action be dismissed without prejudice.
3     Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have
4 fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P.
5 6. Failure to file objections will result in a waiver of those objections for purposes of *de novo*
6 review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a result in a waiver
7 of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *Miranda v.*
8 *Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit
9 imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on **June 1, 2018**
10 as noted in the caption.
11     Dated this 8th day of May, 2018.

                                                  J. Richard Creatura
                                                  United States Magistrate Judge