| | |
|---|---|
| JAMES ANTHONY WILLIAMS, <br><br> Plaintiff, <br><br> v. <br><br> CARL COGBURN, et al., <br><br> Defendants. | CASE NO. 3:17-cv-06077-BHS <br><br> ORDER VACATING REPORT AND RECOMMENDATION |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

The District Court referred this 42 U.S.C. § 1983 action to United States Magistrate Judge J. Richard Creatura. Plaintiff James Anthony Williams, proceeding *pro se* and *in forma pauperis*, initiated this civil rights action in December of 2017. *See* Dkt. 1.

After reviewing plaintiff's complaint, the Court ordered plaintiff to show cause or file an amended complaint on or before April 20, 2018. Dkt. 11. Plaintiff failed to do so, and the undersigned entered a report and recommendation ("R&R") recommending plaintiff's case be dismissed for failure to obey a court order, noted for consideration on June 1, 2018. Dkt. 12. On May 15, 2018, plaintiff filed a letter with the Clerk that the Court interprets as a motion for

extension, stating he had lost most of his legal materials, including cause numbers, and requesting new copies as well as blank civil rights forms to file his amended complaints. Dkt. 13. In light of this, it appears plaintiff does intend to pursue his case.

Therefore, it is ORDERED:

1) The Court's R&R recommending dismissal (Dkt. 12) is vacated.

2) Plaintiff's motion for extension (Dkt. 13) is granted.

3) Plaintiff may file his amended complaint **on or before June 22, 2018**.

Plaintiff is reminded that failure to file an amended complaint by that date may result in the Court once again recommending his case be dismissed.

Dated this 22nd day of May, 2018.

J. Richard Creatura
United States Magistrate Judge