UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES ANTHONY WILLIAMS,

    Plaintiff,

v.

CARL COGBURN,

    Defendant.

CASE NO. 3:17-cv-06077-BHS-JRC

ORDER GRANTING EXTENSION

This 42 U.S.C. § 1983 civil rights matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. §§ 636 (b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4.

This Court entered a report and recommendation recommending plaintiff's action be dismissed for failure to obey a court order when plaintiff failed to respond to an order to show cause or amend. Dkt. 12. Plaintiff then filed a motion for extension to respond to the order to show cause. Dkt. 13. The Court vacated its report and recommendation and provided plaintiff until June 22, 2018 to file his response or amended complaint. Dkt. 14. Plaintiff has now filed a

second motion for an extension to respond or file an amended complaint. Dkt. 15. Plaintiff requests an additional 60 days because he has several other cases filed with competing deadlines, and since this complaint has not yet been served, he wishes to focus on his other cases before pursuing this one. *Id*.

Because it is so early in the case, an extension would not prejudice any of the parties. However, 60 days is excessive considering plaintiff was first ordered to show cause in March of 2018. *See* Dkt. 11. Therefore, it is ordered:

1) Plaintiff's motion for extension (Dkt. 15) is granted. Plaintiff now has until **August 3, 2018** to file a response to the order to show cause or file an amended complaint.
2) The Court notes that this is plaintiff's second motion for extension to file his first amended complaint. Because the sole defendant has not even been served with a viable complaint and the case is already several months old, the Court will not look favorably on future delay.
3) The Clerk is directed to note plaintiff's new deadline on the docket.

Dated this 22nd day of June, 2018.

J. Richard Creatura
United States Magistrate Judge