UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES ANTHONY WILLIAMS,

    Plaintiff,

v.

CARL COGBURN, et al,

    Defendants.

CASE NO. 3:17-cv-06077-BHS-JRC

REPORT AND RECOMMENDATION

NOTED FOR: September 14, 2018

This 42 U.S.C. § 1983 civil rights matter has been referred to Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. §§ 636 (b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1, MJR 3, and MJR 4.

After the Court initially screened plaintiff's complaint, the Court ordered him to show cause or file an amended complaint by April 20, 2018. Dkt. 11. Plaintiff failed to do so, and the undersigned entered a report and recommendation ("R&R") recommending that plaintiff's case be dismissed for failure to obey a court order. Dkt. 12.

REPORT AND RECOMMENDATION - 1

1  Before the objection period for the R&R had run, plaintiff filed a motion for extension,
2  stating that he had lost most of his legal materials, including cause numbers, and requesting new
3  copies as well as blank civil rights forms. Dkt. 13. The Court entered an order vacating the R&R
4  and providing plaintiff until June 22, 2018 to file an amended complaint. Dkt. 14. After plaintiff
5  filed a motion for extension, Dkt. 15, the Court extended the deadline to August 3, 2018, Dkt. 16.
6  Plaintiff still has not filed an amended complaint.

7  Therefore, because plaintiff has again failed to obey the Court's order and prosecute his
8  case, the Court recommends that his action be dismissed without prejudice.

9  Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have
10 fourteen (14) days from service of this Report to file written objections.  *See also* Fed. R. Civ. P.
11 6.  Failure to file objections will result in a waiver of those objections for purposes of *de novo*
12 review by the district judge, *see* 28 U.S.C. § 636(b)(1)(C), and can result in a result in a waiver
13 of those objections for purposes of appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985); *Miranda v.*
14 *Anchondo*, 684 F.3d 844, 848 (9th Cir. 2012) (citations omitted). Accommodating the time limit
15 imposed by Rule 72(b), the Clerk is directed to set the matter for consideration on September 14,
16 2018 as noted in the caption.

17 Dated this 27th day of August, 2018.

J. Richard Creatura
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2