UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES ANTHONY WILLIAMS,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CARL COGBURN, et al.,<br><br>　　　　　　　Defendants. | CASE NO. C17-6077 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 17. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**;

(2) Plaintiff has failed to obey the Court's order and prosecute his case and this action is **DISMISSED without prejudice**.

Dated this 25th day of September, 2018.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER